Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jpomerantz@pszjlaw.com
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com

Former Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re: | Case No. 16-43112-CN |
| Tri-Valley Learning Corporation,[1] | Chapter 7 |
| Debtor. | **DECLARATION OF JOHN W. LUCAS REGARDING DEBTOR'S SCHEDULE OF UNPAID DEBT PURSUANT TO RULE 1019(5) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

I, John W. Lucas, declare as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"). I submit this declaration regarding the Debtor's schedule of unpaid postpetition debts pursuant to Rule 1019(5) of the Federal Rules of Bankruptcy Procedure.

2. On July 12, 2017, the Court entered an order [Docket No. 366] converting the Debtor's chapter 11 case to a case under chapter 7 of title 11 of the United States Code. After the conversion of the case, Bankruptcy Rule 1019(5) requires the Debtor to file a schedule of unpaid postpetition debts.

---

[1] The last four digits of the Debtor's tax identification number are (4585). The location of the Debtor's service address is 3110 Constitution Drive, Livermore, CA 94551.

DOCS_SF:93277.2

3. Annexed hereto as **Exhibit A** (the "**Schedule of Debts**") is a list of unpaid postpetition debts. The Schedule of Debts was provided to me by the Debtor's former back-office administrative agent, Charter Impact, Inc., who processed the Debtor's accounts payable.

4. Prior to or at the time the case was converted, all of the board members and employees of the Debtor resigned. As a result, there are no employees that can answer whether the Schedule of Debts represents all of the Debtor's outstanding postpetition payment obligations or whether any of the listed debts have been satisfied in part or in full. Further, I do not know whether or not there are other outstanding postpetition debts.

5. After the conversion of the case, I received telephone calls from various parties inquiring about the payment of postpetition debts. Because the Debtor does not have any employees, I was not able to verify whether the foregoing parties held valid postpetition claims. As a result, those asserted claims are not listed on the Schedule of Debts. Instead, I instructed the parties to file a motion for an administrative expense claim.

6. The Schedule of Debts does not include unpaid professional fees. The estate professionals will file fee applications that will reflect their outstanding fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of August, 2017, at San Francisco, California.

*/s/ John W. Lucas*
John W. Lucas

# EXHIBIT A

**(Schedule of Unpaid Postpetition Debts)**

# Tri Valley Learning Corporation
*AP Aging*

August 1, 2017

| Vendor Name | Invoice/Credit Number | Invoice/Credit Date | Current | 1 - 30 Days Past Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | Over 90 Days Past Due | Total |
|---|---|---|---|---|---|---|---|---|
| T-Mobile acct #951301577 | TMOB111016 | 11/10/2016 | - | - | - | - | 675.31 | 675.31 |
| Prime Alliance Bank, Inc. | 1939839 | 11/13/2016 | - | - | - | - | 26,543.70 | 26,543.70 |
| EHD | IN0284169 | 11/21/2016 | - | - | - | - | 69.50 | 69.50 |
| PresenceLearning | INV11939 | 12/1/2016 | - | - | - | - | 42,500.00 | 42,500.00 |
| Bianchi Impact 1, LP | 1022 | 12/10/2016 | - | - | - | - | 7,732.88 | 7,732.88 |
| Prime Alliance Bank, Inc. | 1940569 | 12/11/2016 | - | - | - | - | 26,543.70 | 26,543.70 |
| United Site Services Customer ID: USS-370743 | 114-4819133 | 12/22/2016 | - | - | - | - | 541.07 | 541.07 |
| | 114-4819136 | 12/22/2016 | - | - | - | - | 26.53 | 26.53 |
| The Bank of New York Mellon | 252-1990572 | 12/28/2016 | - | - | - | - | 1,500.00 | 1,500.00 |
| United Site Services Customer ID: USS-370743 | 114-4849525 | 12/31/2016 | - | - | - | - | 580.17 | 580.17 |
| Prime Alliance Bank, Inc. | 1941575 | 1/11/2017 | - | - | - | - | 26,483.09 | 26,483.09 |
| HDS White Cap Const Supply | 50005626413 | 1/20/2017 | - | - | - | - | 1,128.00 | 1,128.00 |
| CNA Surety | CNAS012417 | 1/24/2017 | - | - | - | - | 200.00 | 200.00 |
| California Preparatory Academy | CALI012517 | 1/25/2017 | - | - | - | - | 17,500.00 | 17,500.00 |
| Alameda County Office of Education/Accounts Receivable | INV17-00401 | 1/25/2017 | - | - | - | - | 374.03 | 374.03 |
| Waxie Sanitary Supply | WAXI012617 | 1/26/2017 | - | - | - | - | (1,618.83) | (1,618.83) |
| Wells Fargo Equipment Finance Billing #90136593737 | 86212486 | 1/29/2017 | - | - | - | - | 31,367.20 | 31,367.20 |
| Jostens | 19412104 | 1/30/2017 | - | - | - | 252.89 | - | 252.89 |
| CFS NorCal Inc | 201701LCSE | 1/31/2017 | - | - | - | - | (204.75) | (204.75) |
| Donald R. White, Tax Collector, Alameda County | ALAM020117 | 2/1/2017 | - | - | - | - | 8,041.05 | 8,041.05 |
| Comcast acct #900016087 | 50182837 | 2/1/2017 | - | - | - | - | 15,268.12 | 15,268.12 |
| General Wholesale Electric Supply | S4315852.001 | 2/1/2017 | - | - | - | - | 110.00 | 110.00 |
| Northwest Evaluation Association | INV00055085 | 2/1/2017 | - | - | - | - | 127.50 | 127.50 |
| Ricoh USA, Inc. | 98284091 | 2/3/2017 | - | - | - | - | 5,582.21 | 5,582.21 |
| Wells Fargo Equipment Finance Billing #90136593737 | 86284353 | 2/5/2017 | - | - | - | - | 7,841.80 | 7,841.80 |
| Wells Fargo Equipment Finance Billing #90136565575 | 86283621 | 2/5/2017 | - | - | - | - | 6,413.04 | 6,413.04 |
| Wells Fargo Equipment Finance Billing #90136580620 | 86283913 | 2/5/2017 | - | - | - | - | 8,627.67 | 8,627.67 |
| Ricoh USA, Inc. | 98307454 | 2/8/2017 | - | - | - | - | 936.26 | 936.26 |
| QualitySound | 48190 | 2/9/2017 | - | - | - | - | 1,113.00 | 1,113.00 |
| Give Something Back, Inc. | IN-0593022 | 2/9/2017 | - | - | - | - | 469.41 | 469.41 |
| PODS Enterprises, LLC customer #120104188 | STOC-C000001582 | 2/10/2017 | - | - | - | - | (160.12) | (160.12) |
| | STOC000010168 | 2/10/2017 | - | - | - | - | 285.64 | 285.64 |
| | STOC000010169 | 2/10/2017 | - | - | - | - | 206.61 | 206.61 |
| | STOC-C000001586 | 2/11/2017 | - | - | - | - | (206.61) | (206.61) |
| Ladder Learning Services LLC | 2896 | 2/11/2017 | - | - | - | - | 270.00 | 270.00 |
| Prime Alliance Bank, Inc. | 1942490 | 2/12/2017 | - | - | - | - | 26,483.09 | 26,483.09 |
| AT&T acct #925 245-0763 086 9 | ATTX021317-0869 | 2/13/2017 | - | - | - | - | 452.96 | 452.96 |
| Blaisdells Business Products | 1176312-0 | 2/14/2017 | - | - | - | - | 1,512.63 | 1,512.63 |
| Ricoh USA, Inc. | 98338652 | 2/14/2017 | - | - | - | - | 685.76 | 685.76 |
| Pitney Bowes Global Financial Services LLC acct #0016388438 | 00738885LN | 2/15/2017 | - | - | - | - | 32.00 | 32.00 |
| Blaisdells Business Products | 1176728-0 | 2/16/2017 | - | - | - | - | 1,108.75 | 1,108.75 |
| | 1176728-1 | 2/17/2017 | - | - | - | - | 27.09 | 27.09 |

| Vendor Name | Invoice/Credit Number | Invoice/Credit Date | Current | 1 - 30 Days Past Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | Over 90 Days Past Due | Total |
|---|---|---|---|---|---|---|---|---|
| | 1176312-2 | 2/17/2017 | - | - | - | - | 29.99 | 29.99 |
| Dryden Construction Inc. | 291899 | 2/17/2017 | - | - | - | - | 2,973.60 | 2,973.60 |
| Pitney Bowes Global Financial Services LLC acct# 0016865427 | 3101043837 | 2/19/2017 | - | - | - | - | 226.15 | 226.15 |
| Jostens | 19520410 | 2/20/2017 | - | - | - | - | 9.33 | 9.33 |
| Houghton Mifflin Harcourt | HOUG022117 | 2/21/2017 | - | - | - | - | 183.98 | 183.98 |
| Give Something Back, Inc. | IN-0596868 | 2/22/2017 | - | - | - | - | 58.21 | 58.21 |
| Silver Tree Landscape Management | 1677 | 2/22/2017 | - | - | - | - | 750.00 | 750.00 |
| City of Livermore | 3705 | 2/22/2017 | - | - | - | - | 2,624.15 | 2,624.15 |
| CAASFEP | CALI022317 | 2/23/2017 | - | - | - | - | 175.00 | 175.00 |
| Blaisdells Business Products | 1177996-0 | 2/23/2017 | - | - | - | - | 987.75 | 987.75 |
| | 1177999-0 | 2/23/2017 | - | - | - | - | 152.93 | 152.93 |
| PODS Enterprises, LLC customer #120104188 | STOC000010568 | 2/23/2017 | - | - | - | - | 205.66 | 205.66 |
| Personnel Concepts | PERS022417 | 2/24/2017 | - | - | - | - | 20.90 | 20.90 |
| Blaisdells Business Products | 1178096-0 | 2/24/2017 | - | - | - | - | 1,095.49 | 1,095.49 |
| Purchase Power acct #8000-9090-0612-2944 | PURC022617 | 2/26/2017 | - | - | - | - | 806.50 | 806.50 |
| Give Something Back, Inc. | IN-0598339 | 2/27/2017 | - | - | - | - | 534.98 | 534.98 |
| Livermore Sanitation, Inc. acct #044720 | 847031 | 2/28/2017 | - | - | - | - | 1,331.93 | 1,331.93 |
| Livermore Sanitation, Inc. acct# 044722 | 847032 | 2/28/2017 | - | - | - | - | 3,535.15 | 3,535.15 |
| Document Tracking Services | 9455102 | 2/28/2017 | - | - | - | - | 1,575.00 | 1,575.00 |
| Foundations Tutoring Inc. | 3508 | 3/1/2017 | - | - | - | - | 1,167.50 | 1,167.50 |
| Blaisdells Business Products | 1179214-0 | 3/2/2017 | - | - | - | - | 204.71 | 204.71 |
| Ricoh USA, Inc. | 98408183 | 3/2/2017 | - | - | - | - | 1,073.14 | 1,073.14 |
| Blaisdells Business Products | 1179558-0 | 3/3/2017 | - | - | - | - | 214.52 | 214.52 |
| | 1179711-0 | 3/6/2017 | - | - | - | - | 163.09 | 163.09 |
| Liden Technologies | 303557 | 3/7/2017 | - | - | - | - | 450.00 | 450.00 |
| AT&T acct #209 956 2155 711 2 | ATTX031017-7112 | 3/10/2017 | - | - | - | - | 449.81 | 449.81 |
| Tyco Intergrated Security LLC Customer #01300 109138287 | 28269131 | 3/11/2017 | - | - | - | - | 1,399.74 | 1,399.74 |
| Pacific Mobile Structure, Inc. | 031217-41483 | 3/12/2017 | - | - | - | - | 591.60 | 591.60 |
| | 031317-40443 | 3/13/2017 | - | - | - | - | 445.88 | 445.88 |
| AT&T acct #925 245-0763 086 9 | ATTX031317-0869 | 3/13/2017 | - | - | - | - | 462.96 | 462.96 |
| Pitney Bowes Global Financial Services LLC acct #0017208292 | 00787704LN | 3/15/2017 | - | - | - | - | 196.65 | 196.65 |
| Pitney Bowes Global Financial Services LLC acct #0017446557 | 3101087614 | 3/15/2017 | - | - | - | - | 355.20 | 355.20 |
| Pitney Bowes Global Financial Services LLC acct #0017208292 | 3101086180 | 3/15/2017 | - | - | - | - | 196.65 | 196.65 |
| Ricoh USA, Inc. | 98501801 | 3/17/2017 | - | - | - | - | 636.41 | 636.41 |
| Blaisdells Business Products | 1182103-1 | 3/17/2017 | - | - | - | - | 32.75 | 32.75 |
| | 1182534-0 | 3/20/2017 | - | - | - | - | 38.23 | 38.23 |
| PSAT/NMSQT | 381729962A | 3/21/2017 | - | - | - | - | 975.00 | 975.00 |
| Comcast acct #8155 40 065 0181280 | COMC032417 | 3/24/2017 | - | - | - | - | 1,322.43 | 1,322.43 |
| Pitney Bowes Global Financial Services LLC acct #0016388438 | 00810731LN | 3/27/2017 | - | - | - | - | 676.89 | 676.89 |
| Blaisdells Business Products | 1184370-0 | 3/29/2017 | - | - | - | - | 131.06 | 131.06 |
| CCSA | 757437 | 3/31/2017 | - | - | - | - | 1,050.00 | 1,050.00 |
| City of Livermore | 716-1383-2017 | 3/31/2017 | - | - | - | - | 775.00 | 775.00 |
| Pitney Bowes Global Financial Services LLC acct #0016388438 | 3101160285 | 3/31/2017 | - | - | - | - | 226.15 | 226.15 |
| Pitney Bowes Global Financial Services LLC acct # 0017275298 | 3101154728 | 3/31/2017 | - | - | - | - | 355.11 | 355.11 |
| Livermore Sanitation, Inc. acct# 044722 | 849041 | 3/31/2017 | - | - | - | - | 3,535.15 | 3,535.15 |
| Livermore Sanitation, Inc. acct #044720 | 849040 | 3/31/2017 | - | - | - | - | 1,331.93 | 1,331.93 |
| Ricoh USA, Inc. | 98569760 | 3/31/2017 | - | - | - | - | 1,266.84 | 1,266.84 |
| Western Exterminator Company | WEST033117 | 3/31/2017 | - | - | - | - | 90.00 | 90.00 |
| The CLM Group, Inc. | 30243 | 4/1/2017 | - | - | 506.25 | - | - | 506.25 |
| | 30244 | 4/1/2017 | - | - | 506.25 | - | - | 506.25 |

| Vendor Name | Invoice/Credit Number | Invoice/Credit Date | Current | 1 - 30 Days Past Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | Over 90 Days Past Due | Total |
|---|---|---|---|---|---|---|---|---|
| | 30245 | 4/1/2017 | - | - | 506.25 | - | - | 506.25 |
| | 30246 | 4/1/2017 | - | - | 506.25 | - | - | 506.25 |
| Foundations Tutoring Inc. | 3615 | 4/1/2017 | - | - | - | - | 1,167.50 | 1,167.50 |
| 1st Security & Sound, Inc. Monitoring #48-6647 | 106567 | 4/1/2017 | - | - | - | - | 100.00 | 100.00 |
| PG&E acct #8692306202-9 | PG&E041917-202-9 | 4/2/2017 | - | - | - | - | 3,876.95 | 3,876.95 |
| Blaisdells Business Products | 1184992-0 | 4/3/2017 | - | - | - | 571.03 | - | 571.03 |
| | 1184992-1 | 4/4/2017 | - | - | - | 91.54 | - | 91.54 |
| Casey Moving Systems | C5527-7-001 | 4/4/2017 | - | - | - | 6,425.00 | - | 6,425.00 |
| Alameda County Office of Education/Accounts Receivable | INV17-00587 | 4/5/2017 | - | - | - | 374.03 | - | 374.03 |
| General Wholesale Electric Supply | S4315852.002 | 4/5/2017 | - | - | - | 179.55 | - | 179.55 |
| Ricoh USA, Inc. | 98596591 | 4/5/2017 | - | - | - | - | 1,763.76 | 1,763.76 |
| PG&E acct #7906819018-4 | PG&E040617-018-4 | 4/6/2017 | - | - | - | - | 78.70 | 78.70 |
| Department of Justice | 226567 | 4/6/2017 | - | - | - | 192.00 | - | 192.00 |
| Tyco Intergrated Security LLC Customer #01300 109138287 | 28436161 | 4/8/2017 | - | - | - | - | 1,444.53 | 1,444.53 |
| PG&E acct #6534604756-9 | PG&E040917-756-9 | 4/9/2017 | - | - | - | - | 3,219.44 | 3,219.44 |
| Ladder Learning Services LLC | 3039 | 4/9/2017 | - | - | - | 378.00 | - | 378.00 |
| Ricoh USA, Inc. | 98634085 | 4/10/2017 | - | - | - | 992.03 | - | 992.03 |
| AT&T acct #209 956 2155 711 2 | ATTX041017-7112 | 4/10/2017 | - | - | - | - | 450.83 | 450.83 |
| AT&T acct #209 477-5438 809 6 | ATTX041017-8096 | 4/10/2017 | - | - | - | - | 329.50 | 329.50 |
| Blaisdells Business Products | 1186538-0 | 4/10/2017 | - | - | - | 322.88 | - | 322.88 |
| AT&T acct #209 477 5431 596 6 | ATTX041017 | 4/10/2017 | - | - | - | - | 51.08 | 51.08 |
| T-Mobile acct #951301577 | TMOB041017 | 4/10/2017 | - | - | - | - | 522.00 | 522.00 |
| Blaisdells Business Products | 1186538-1 | 4/11/2017 | - | - | - | 102.67 | - | 102.67 |
| | 1186806-0 | 4/11/2017 | - | - | - | 423.77 | - | 423.77 |
| Mid-County Officials Network | LVCPSBMCO17 | 4/12/2017 | - | - | - | 2,863.00 | - | 2,863.00 |
| Pacific Mobile Structure, Inc. | 041217-41483 | 4/12/2017 | - | - | - | - | 592.96 | 592.96 |
| PG&E acct #0873686217-1 | PG&E041217-217-1 | 4/12/2017 | - | - | - | - | 8,925.25 | 8,925.25 |
| Pacific Mobile Structure, Inc. | 041317-40443 | 4/13/2017 | - | - | - | - | 446.90 | 446.90 |
| Blaisdells Business Products | 1187265-0 | 4/13/2017 | - | - | - | 31.40 | - | 31.40 |
| AT&T acct #925 245-0763 086 9 | ATTX041317-0869 | 4/13/2017 | - | - | - | 453.28 | - | 453.28 |
| Ricoh USA, Inc. | 98657074 | 4/14/2017 | - | - | - | 675.51 | - | 675.51 |
| PG&E acct #1909169257-4 | PG&E041717-257-4 | 4/17/2017 | - | - | - | 5,754.05 | - | 5,754.05 |
| Pitney Bowes Global Financial Services LLC acct #0017208292 | 00849745LN | 4/18/2017 | - | - | - | - | 32.00 | 32.00 |
| Pitney Bowes Global Financial Services LLC acct# 0016865427 | 00848551LN | 4/18/2017 | - | - | - | - | 32.00 | 32.00 |
| Blaisdells Business Products | 1187925-0 | 4/18/2017 | - | - | - | 34.94 | - | 34.94 |
| | 1187925-1 | 4/18/2017 | - | - | - | 17.47 | - | 17.47 |
| City of Livermore acct #134290-04 | CITY041817-90-04 | 4/18/2017 | - | - | - | 69.90 | - | 69.90 |
| City of Livermore acct #138857-02 | CITY041817-57-02 | 4/18/2017 | - | - | - | 43.88 | - | 43.88 |
| City of Livermore acct #138604-02 | CITY041817-04-02 | 4/18/2017 | - | - | - | 91.95 | - | 91.95 |
| City of Livermore acct #138525-02 | CITY041817-25-02 | 4/18/2017 | - | - | - | 243.94 | - | 243.94 |
| City of Livermore acct #138855-02 | CITY041817-55-02 | 4/18/2017 | - | - | - | 43.88 | - | 43.88 |
| City of Livermore acct #138856-02 | CITY041817-56-02 | 4/18/2017 | - | - | - | 43.88 | - | 43.88 |
| City of Livermore acct #134265-03 | CITY041817-65-03 | 4/18/2017 | - | - | - | 279.28 | - | 279.28 |
| City of Livermore | CITY041817 | 4/18/2017 | - | - | - | 2,895.03 | - | 2,895.03 |
| City of Livermore acct #134134-03 | CITY041817-34-03 | 4/18/2017 | - | - | - | 1,539.75 | - | 1,539.75 |
| City of Livermore acct #134135-03 | CITY041817-35-03 | 4/18/2017 | - | - | - | 35.10 | - | 35.10 |
| City of Livermore acct #138523-02 | CITY041817-23-02 | 4/18/2017 | - | - | - | 73.92 | - | 73.92 |
| City of Livermore acct #138524-02 | CITY041817-24-02 | 4/18/2017 | - | - | - | 44.20 | - | 44.20 |
| City of Livermore acct #138526-02 | CITY041817-26-02 | 4/18/2017 | - | - | - | 44.20 | - | 44.20 |
| City of Livermore acct #138527-02 | CITY041817-27-02 | 4/18/2017 | - | - | - | 240.32 | - | 240.32 |

| Vendor Name | Invoice/Credit Number | Invoice/Credit Date | Current | 1 - 30 Days Past Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | Over 90 Days Past Due | Total |
|---|---|---|---|---|---|---|---|---|
| City of Livermore acct #138528-02 | CITY041817-28-02 | 4/18/2017 | - | - | - | 44.20 | - | 44.20 |
| Educational Data Systems, Inc. | EDUC041917 | 4/19/2017 | - | - | 197.11 | - | - | 197.11 |
| Blaisdells Business Products | 1187925-2 | 4/19/2017 | - | - | - | 659.80 | - | 659.80 |
| | 1188319-0 | 4/19/2017 | - | - | - | 79.74 | - | 79.74 |
| Livermore Valley Joint Unified School District | AR013908 | 4/20/2017 | - | - | - | 68,316.00 | - | 68,316.00 |
| Michael's Transportation Service, Inc. | 97251 | 4/21/2017 | - | - | - | - | 3,475.00 | 3,475.00 |
| California Water Service acct # 5149133243 | CALI042117-3243 | 4/21/2017 | - | - | - | 36.79 | - | 36.79 |
| Comcast acct #8155 40 065 0181280 | COMC042417 | 4/24/2017 | - | - | - | - | 1,271.59 | 1,271.59 |
| Pitney Bowes Global Financial Services LLC acct # 0017275298 | 3101230842 | 4/25/2017 | - | - | - | 8.84 | - | 8.84 |
| Michael's Transportation Service, Inc. | 97084 | 4/25/2017 | - | - | - | - | 1,255.00 | 1,255.00 |
| | 97088 | 4/25/2017 | - | - | - | - | 3,475.00 | 3,475.00 |
| Pitney Bowes Global Financial Services LLC acct #0017208292 | 3101226569 | 4/25/2017 | - | - | - | 5.04 | - | 5.04 |
| Pitney Bowes Global Financial Services LLC acct #0017446557 | 00865866LN | 4/26/2017 | - | - | - | - | 32.00 | 32.00 |
| | 00867820LN | 4/26/2017 | - | - | - | - | 110.74 | 110.74 |
| Blaisdells Business Products | 1189632-0 | 4/26/2017 | - | - | - | 443.47 | - | 443.47 |
| Suzy Hites | HITE042717 | 4/27/2017 | - | - | - | 1,850.00 | - | 1,850.00 |
| CFS NorCal Inc | 201704LCSE | 4/30/2017 | - | - | - | - | 1,549.55 | 1,549.55 |
| | 201704LCSH | 4/30/2017 | - | - | - | - | 997.02 | 997.02 |
| Revolution Foods, Inc. | 427142 | 4/30/2017 | - | - | - | 11,471.27 | - | 11,471.27 |
| Republic Services #208 acct #3-0208-0020555 | 0208-000575147 | 4/30/2017 | - | - | - | 326.17 | - | 326.17 |
| Livermore Sanitation, Inc. acct #044720 | 859209 | 4/30/2017 | - | - | - | 1,331.93 | - | 1,331.93 |
| Livermore Sanitation, Inc. acct# 044722 | 859210 | 4/30/2017 | - | - | - | 3,535.15 | - | 3,535.15 |
| RingCentral Inc. Cust ID: 366986020 | 236985 | 4/30/2017 | - | - | - | 9,835.84 | - | 9,835.84 |
| Western Exterminator Company | 5060346 | 4/30/2017 | - | - | - | 120.00 | - | 120.00 |
| Sonitrol | 1301192-IN | 5/1/2017 | - | - | - | 531.00 | - | 531.00 |
| | 1301193-IN | 5/1/2017 | - | - | - | 235.00 | - | 235.00 |
| Philadelphia Insurance Companies | 4026368426 | 5/1/2017 | - | - | - | 12,394.25 | - | 12,394.25 |
| Bianchi Impact 1, LP | 1027 | 5/1/2017 | - | - | - | - | 7,732.88 | 7,732.88 |
| Celebrations Speech Group | CELE050217 | 5/2/2017 | - | - | - | 7,505.00 | - | 7,505.00 |
| | CELE050217-01 | 5/2/2017 | - | - | - | 950.00 | - | 950.00 |
| SignPro | 17261 | 5/5/2017 | - | - | - | 766.70 | - | 766.70 |
| PG&E acct #7906819018-4 | PG&E050717-018-4 | 5/7/2017 | - | - | - | 76.58 | - | 76.58 |
| Silver Tree Landscape Management | 2179 | 5/8/2017 | - | - | 135.00 | - | - | 135.00 |
| Blaisdells Business Products | 1191896-0 | 5/8/2017 | - | - | 95.04 | - | - | 95.04 |
| | 1191817-0 | 5/8/2017 | - | - | 542.92 | - | - | 542.92 |
| Suzy Hites | HITE050817 | 5/8/2017 | - | - | 1,900.00 | - | - | 1,900.00 |
| Blaisdells Business Products | 1191817-1 | 5/9/2017 | - | - | 74.50 | - | - | 74.50 |
| | 1191817-2 | 5/9/2017 | - | - | 63.35 | - | - | 63.35 |
| | 1192066-0 | 5/9/2017 | - | - | 300.79 | - | - | 300.79 |
| PG&E acct #0514197726-3 | PG&E050917-726-3 | 5/9/2017 | - | - | - | 403.00 | - | 403.00 |
| Michael's Transportation Service, Inc. | 97438 | 5/10/2017 | - | - | - | 3,475.00 | - | 3,475.00 |
| | 97439 | 5/10/2017 | - | - | - | 3,127.50 | - | 3,127.50 |
| PG&E acct #6534604756-9 | PGEX051017 | 5/10/2017 | - | - | - | 3,735.06 | - | 3,735.06 |
| AT&T acct #209 477 5431 596 6 | ATTX051017-5966 | 5/10/2017 | - | - | - | 51.06 | - | 51.06 |
| AT&T acct #209 477-5438 809 6 | ATTX051017-8096 | 5/10/2017 | - | - | - | 329.46 | - | 329.46 |
| AT&T acct #209 956 2155 711 2 | ATTX051017-7112 | 5/10/2017 | - | - | - | 450.97 | - | 450.97 |
| 1st Security & Sound, Inc. Monitoring #48-6647 | 107089 | 5/10/2017 | - | - | - | 100.00 | - | 100.00 |
| US Yellow Pages acct # 5225-1027137 | 2420758-36-02 | 5/10/2017 | - | - | - | 259.00 | - | 259.00 |
| T-Mobile acct #951301577 | TMOB051017 | 5/10/2017 | - | - | 744.11 | - | - | 744.11 |
| Blaisdells Business Products | 1192545-0 | 5/11/2017 | - | - | 77.56 | - | - | 77.56 |

| Vendor Name | Invoice/Credit Number | Invoice/Credit Date | Current | 1 - 30 Days Past Due | 31 - 60 Days Past Due | 61 - 90 Days Past Due | Over 90 Days Past Due | Total |
|---|---|---|---|---|---|---|---|---|
| CFS NorCal Inc | 20170511LCS | 5/11/2017 | - | - | - | (204.75) | - | (204.75) |
| Ricoh USA, Inc. | 98794290 | 5/11/2017 | - | - | 1,337.98 | - | - | 1,337.98 |
| PG&E acct #0873686217-1 | PGEX051217 | 5/12/2017 | - | - | - | 10,389.84 | - | 10,389.84 |
| AT&T acct #925 245-0763 086 9 | ATTX051317-0869 | 5/13/2017 | - | - | 453.20 | - | - | 453.20 |
| Tyco Intergrated Security LLC Customer #01300 109138287 | 28593253 | 5/13/2017 | - | - | - | 1,444.53 | - | 1,444.53 |
| Department of Industrial Relations | S 1435357 OA-01 | 5/14/2017 | - | - | - | 337.00 | - | 337.00 |
| | S 1435404 OA-01 | 5/14/2017 | - | - | 337.00 | - | - | 337.00 |
| | S 1435429 OA-01 | 5/14/2017 | - | - | 337.00 | - | - | 337.00 |
| | S 1435454 OA-01 | 5/14/2017 | - | - | 337.00 | - | - | 337.00 |
| Lovotti Inc | E2343 | 5/15/2017 | - | - | - | 237.50 | - | 237.50 |
| City of Livermore acct #138528-02 | CITY051617-28-02 | 5/16/2017 | - | - | 44.20 | - | - | 44.20 |
| City of Livermore acct #138527-02 | CITY051617-27-02 | 5/16/2017 | - | - | 272.89 | - | - | 272.89 |
| City of Livermore acct #138526-02 | CITY051617-26-02 | 5/16/2017 | - | - | 44.20 | - | - | 44.20 |
| City of Livermore acct #138524-02 | CITY051617-24-02 | 5/16/2017 | - | - | 44.20 | - | - | 44.20 |
| City of Livermore acct #138523-02 | CITY051617-23-02 | 5/16/2017 | - | - | 92.01 | - | - | 92.01 |
| City of Livermore acct #138856-02 | CITY051617-56-02 | 5/16/2017 | - | - | 55.92 | - | - | 55.92 |
| City of Livermore acct #138855-02 | CITY051617-55-02 | 5/16/2017 | - | - | 74.56 | - | - | 74.56 |
| City of Livermore acct #138525-02 | CITY051617-25-02 | 5/16/2017 | - | - | 258.42 | - | - | 258.42 |
| City of Livermore acct #138604-02 | CITY051617-04-02 | 5/16/2017 | - | - | 91.95 | - | - | 91.95 |
| City of Livermore acct #138857-02 | CITY051617-57-02 | 5/16/2017 | - | - | 43.88 | - | - | 43.88 |
| City of Livermore acct #134290-04 | CITY051617-90-04 | 5/16/2017 | - | - | 93.20 | - | - | 93.20 |
| Ricoh USA, Inc. | 98814164 | 5/17/2017 | - | - | 697.91 | - | - | 697.91 |
| Suzy Hites | HITE051817 | 5/18/2017 | - | - | 2,000.00 | - | - | 2,000.00 |
| California Water Service acct # 5149133243 | CALI051917-3243 | 5/19/2017 | - | - | 36.46 | - | - | 36.46 |
| Blaisdells Business Products | 1194330-0 | 5/19/2017 | - | - | 607.29 | - | - | 607.29 |
| TAG Marketing Group | 17-Jun | 5/22/2017 | - | - | 1,100.00 | - | - | 1,100.00 |
| Michael's Transportation Service, Inc. | 97752 | 5/24/2017 | - | - | - | 3,475.00 | - | 3,475.00 |
| | 97772 | 5/25/2017 | - | - | - | 3,475.00 | - | 3,475.00 |
| Silver Tree Landscape Management | 2194 | 5/29/2017 | - | - | 375.00 | - | - | 375.00 |
| Celebrations Speech Group | CELE053017 | 5/30/2017 | - | - | 8,550.00 | - | - | 8,550.00 |
| | CELE053017-01 | 5/30/2017 | - | - | 1,045.00 | - | - | 1,045.00 |
| Livermore Sanitation, Inc. acct #044720 | 879586 | 5/31/2017 | - | - | 1,346.93 | - | - | 1,346.93 |
| Julie Lassig | 102 | 6/1/2017 | - | - | 1,375.00 | - | - | 1,375.00 |
| Bianchi Impact 1, LP | BIAN060117 | 6/1/2017 | - | - | - | 58,000.00 | - | 58,000.00 |
| Sonitrol | 1302475-IN | 6/1/2017 | - | - | 235.00 | - | - | 235.00 |
| Julie Lassig | 103 | 6/5/2017 | - | 4,750.00 | - | - | - | 4,750.00 |
| Suzy Hites | HITE060617 | 6/6/2017 | - | 2,700.00 | - | - | - | 2,700.00 |
| Christopher J Bertelli | 140 | 6/7/2017 | - | 11,000.00 | - | - | - | 11,000.00 |
| Lynn Lysko | LYSK061617 | 6/16/2017 | - | - | 271.98 | - | - | 271.98 |
| Legal Shield Group #16406 | LEGA062517 | 6/25/2017 | - | - | 129.60 | - | - | 129.60 |
| Lynn Lysko | LYSK062917 | 6/29/2017 | - | - | 577.67 | - | - | 577.67 |
| | | **Total Outstanding Invoices** | **$ -** | **$ 18,450.00** | **$ 28,420.83** | **$235,432.21** | **$347,192.74** | **$ 629,495.78** |